AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

ROBERT BARRY

**EXHIBIT AND WITNESS LIST**

Case Number: 04MJ0466 RBC

| PRESIDING JUDGE<br>Collings, USMJ | PLAINTIFF'S ATTORNEY<br>A. LEONEY, AUSA | DEFENDANT'S ATTORNEY<br>FERNANDEZ |
|---|---|---|
| TRIAL DATE (S)<br>2/26/04 Detention Hearing | COURT REPORTER<br>CD | COURTROOM DEPUTY<br>Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 2/26/04 | | | Robert Joseph White, ATF Agent |
| 1 | | 2/26/04 | yes | yes | Drawing of machine gun |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages