AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____, DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA
V.

ROBERT P. BARRY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

2004 M 0466 RBC

I, ROBERT P. BARRY, charged in a ☒ complaint ☐ petition pending in this District with possession of a firearm in violation of 18, U.S.C., 922(g)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____
Robert P. B____
Defendant

FEB 26 2004
Date

_____
Counsel for Defendant