UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04CR10064RGS |
| v. ) | |
| ) | VIOLATIONS: |
| ROBERT P. BARRY, ) | 18 U.S.C. § 922(g)(1) – |
| ) | (Felon in Possession of |
| Defendant. ) | Firearm) |
| ) | 26 U.S.C. § 5861(d) |
| ) | (Possession of an Unregistered |
| ) | Firearm) |

**INDICTMENT**

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm)

The Grand Jury charges that:

On or about December 11, 2003, at Dennis, in the District of Massachusetts,

**ROBERT P. BARRY,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt AR-15, model SP1, .223 caliber rifle, bearing serial number SP21312.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>: (26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm)

The Grand Jury charges that:

On or about December 11, 2003, at Dennis, in the District of Massachusetts,

**ROBERT P. BARRY**,

the defendant herein, did knowingly receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record ("NFRTR"), to wit: a Colt AR-15, model SP1, .223 caliber rifle, bearing serial number SP21312, a "machinegun" within the meaning of 26 U.S.C. § 5845(b).

All in violation of Title 26, United States Code, Sections 5861(d) and 5841.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                                March 10, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

3/10/04 @ 4:05pm

3