UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )   Criminal No. 04-10064-RGS<br>)<br>ROBERT P. BARRY,            )<br>)<br>    Defendant.           ) | |

**JOINT STATUS MEMORANDUM**

Pursuant to Local Rule 116.5, the parties hereby submit this Joint Memorandum to address the progress of this case.

1. Per this Court's earlier directive of May 5, 2004, the Parties are writing to advise the Court that a plea agreement has been reached in the above-caption matter.

2. The Parties do not believe that a Final Status Conference is necessary, and request that this case be forwarded to the District Judge for a change of plea/Rule 11 hearing.

Respectfully submitted,

MICHAEL J. SULLIVAN              ROBERT P. BARRY
United States Attorney           Defendant

By:  /s/Antoinette E.M. Leoney    /s/Francisco J. Fernandez/AEL
     ANTOINETTE E.M. LEONEY       Frank J. Fernandez, Esq.
     Assistant U.S. Attorney      Four Longfellow Place,
     1 Courthouse Way, Suite 9200 Suite 3501-06
     Boston, MA 02210             Boston, MA 02114
     (617) 748-3103               (617) 393-0250

Dated: June 1, 2004