UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10064-RGS |
| | ) | |
| ROBERT P. BARRY | ) | |

**ENTRY OF APPEARANCE OF COUNSEL**

Kindly enter the appearance of Daniel W. O'Malley for the Defendant, Robert Barry, in the above-captioned matter.

Dated:  August 18, 2004

                                        Respectfully submitted,
                                        Robert Barry,
                                        By his attorney,

                                        _____
                                        Daniel W. O'Malley, BBO #547483
                                        Denner O'Malley, LLP
                                        Four Longfellow Place, 35th Floor
                                        Boston, MA  02114
                                        Tel. (617) 227-2800
                                        Fax (617) 973-1562

**CERTIFICATE OF SERVICE**

I, Daniel W. O'Malley, hereby certify that on this 18th day of August, 2004, I served the foregoing Notice of Appearance via hand delivery, to United States Attorney Antoinette Leone and United States Probation Officer Jo Lyness.

_____
Daniel W. O'Malley