**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10064-RGS |
| | ) | |
| ROBERT P. BARRY | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Frank Fernandez, Counsel of record in the above captioned matter, respectfully moves that the Honorable Court hereby grant his Motion to Withdraw as Counsel.  As grounds, Counsel avers and states:

1.  the defendant has retained successor counsel to represent him in this matter.

WHEREFORE, Counsel respectfully requests that his Motion to Withdraw be granted.

Dated:  August 20, 2004                                    Respectfully submitted,


                                                            /S/  Frank Fernandez_____
                                                           Frank Fernandez, BBO 653771
                                                           Four Longfellow Place, 35th Floor
                                                           Boston, MA  02114
                                                           (617) 393-0250


**Certificate of Service**
        I, Frank Fernandez, Counsel for Defendant, hereby certify that on the 20th day of August, 2004, the within Motion to Withdraw as Counsel, was sent by e-mail and electronic filing to AUSA Antoinette Leoney and USPO Jo Lyness.

                                                            Frank Fernandez /s/