UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB -9 A 10: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10064-RGS |
| v. ) | |
| ) | |
| ROBERT P. BARRY, ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL OF INDICTMENT

The United States of America, by Assistant U.S. Attorney Antoinette E.M. Leoney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the indictment against Robert P. Barry. As grounds for the instant dismissal, the undersigned states that the defendant pled guilty to and has been sentenced on a Superseding Information filed in this case, and further prosecution of the within indictment would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James B. Farmer
JAMES B. FARMER
Assistant U.S. Attorney
Chief, Criminal Division

Date:

Leave To File Granted:

/s/ Richard G. Stearns
Richard G. Stearns
United States District Judge

Date: 2-15-05.

## CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            February 9, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served by regular mail a copy of the foregoing to counsel for the defendant, Daniel W. O'Malley, Esq., Denner O'Malley, LLP, Four Longfellow Place, 35th Floor, Boston, MA 02114.

                                                                        ANTOINETTE E.M. LEONEY
                                                                        Assistant U.S. Attorney